IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BEACH COMMUNITY BANK,**

    **Plaintiff,**

vs.                                        CASE NO. 5:09-cv-106/RS-MD

**ST. PAUL MERCURY INSURANCE COMPANY,**

    **Defendant.**

_____/

## ORDER

Before me is Defendant's Notice of Withdrawal of Counsel and Motion for Approval of Court (Doc. 118) which shall be construed as a motion for withdrawal and substitution of attorneys pursuant to N.D. Fla. Loc. R. 11.1(F).

**It is ordered** that Daniel Hernandez is granted leave to withdraw as attorney of record for Defendant. Ashley Daugherty of the law firm Carlton Fields, P.A., is substituted as attorney of record for Defendant.

**ORDERED** on April 25, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**