IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BEACH COMMUNITY BANK,

    Plaintiff,

vs.                                         CASE NO. 5:09cv106/RS-MD

ST. PAUL MERCURY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Before me is the Stipulated Motion To Refer Matter To Mediation (Doc. 124).

**IT IS ORDERED:**

1.     The parties are directed to mediate this case in accordance with Paragraph 9 of the Scheduling and Mediation Order (Doc. 14). Mediation shall be completed not later than August 1, 2011.

**ORDERED** on May 27, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**